IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIRGINIA G. NUNN,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security;<br><br>                Defendant. | 4:11CV3051<br><br>ORDER |

This matter is before the Court on its own motion.

This case was remanded to the Commissioner of Social Security under "sentence six" of 42 U.S.C. § 405(g). In the case of a "sentence six" remand, this Court retains jurisdiction and the parties must return to this Court after the conclusion of the final proceedings for a final judgment.

The Defendant's most recent status report states that on remand the Administrative Law Judge ("ALJ") issued a fully favorable decision for the Plaintiff. 42 U.S.C. § 405(g) states that after a new decision is rendered on remand the Commissioner must "file with the court any such additional and modified findings of fact and decision" prior to the entry of final judgment. *See Hannel v. Barnhart,* 8:05CV9, Filing No. 11 (Defendant's Unopposed Motion for Final Judgment, with attached ALJ decision).

Accordingly,

IT IS ORDERED that, within 14 days of the date of this order, the Defendant file an appropriate motion together with the ALJ's decision on remand.

Dated this 11th day of October, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge