IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIRGINIA G. NUNN,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>          Defendant. | 4:11CV03051<br><br>ORDER AND FINAL JUDGMENT |

The Court remanded this case to the Commissioner on November 16, 2011, under sentence six for further administrative proceedings. The Court retained jurisdiction of the case.

On March 19 2012, the Commissioner issued a fully favorable decision finding Plaintiff disabled. Because there are no unresolved issues for the Court's consideration, the Court orders that the case be dismissed and final judgment entered. Dismissal will start the thirty-day period within which Plaintiff may file an application for attorney fees under the Equal Access to Justice Act (EAJA).

IT IS SO ORDERED.

Dated this 25th day of October, 2012

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge